1 | KEVIN J. SENN (CA State Bar No. 136226)
    (ksenn@senn-law.com)
2 | SENN LAW, P.C.
    1850 Mt. Diablo Blvd., Suite 225
3 | Walnut Creek, California 94596
    (925) 482-2706 Telephone
4 | (925) 830-8730 Facsimile

5 | Attorneys for Plaintiff
    PELICAN COMMUNICATIONS, INC. dba THE
6 | PELICAN GROUP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| PELICAN COMMUNICATIONS, INC. dba THE PELICAN GROUP, | Case No: C14-4371 EMC |
|---|---|
| Plaintiff, | Hon. Edward M. Chen<br>Courtroom: 5 |
| vs. | **STIPULATION RE: ANSWER TO FIRST AMENDED COMPLAINT; [PRO~~POS~~ED] ORDER THEREON** |
| TRAVEL CENTER ENTERTAINMENT, LLC; MARTIN SCHNEIDER; SAM BANJEE and DOES 1- 100, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff PELICAN COMMUNICATIONS, INC. dba THE PELICAN GROUP ("Plaintiff") and Defendant MARTIN SCHNEIDER ("Defendant") that Plaintiff may file its First Amended Complaint and that Defendant may have up to and including December 19, 2014 in which to answer or otherwise respond to Plaintiff's First Amended Complaint.

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED that Defendant hereby withdraws his pending Motion to Dismiss without prejudice to refiling and without prejudice to Defendant raising any and all claims and defenses, including any and all challenges to jurisdiction and venue.

IT IS SO STIPULATED.

Dated: December 1, 2014

SENN LAW, P.C.

By: _____
KEVIN J. SENN
Attorneys for Plaintiff
PELICAN COMMUNICATIONS, INC.
dba THE PELICAN GROUP.

Dated: December 1, 2014

FREEMAN MATHIS & GARY, LLP

By: _____
JOHN L. FITZGERALD
Attorneys for Defendant
MARTIN SCHNEIDER.

IT IS SO ORDERED. The 12/11/14 motion hearing is vacated.

Dated: 12/2/14   _____
JUDGE OF THE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

- 2 -