KEVIN J. SENN (CA State Bar No. 136226)
(ksenn@senn-law.com)
SENN LAW, P.C.
1990 N. California Blvd., 8th Floor
(925) 930-3958 Telephone
(925) 930-3959 Facsimile

Attorneys for Plaintiff
PELICAN COMMUNICATIONS, INC. dba THE PELICAN GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| PELICAN COMMUNICATIONS, INC. dba THE PELICAN GROUP., | Case No: 3:14-cv-04371-EMC |
|---|---|
| Plaintiff, | **PLAINTIFF'S REQUEST TO RESET CMC AND TO ENLARGE TIME TO SERVE DEFENDANTS** |
| vs. | Current CMC set for:<br>Date:   February 26, 2015<br>Time:   1:30 p.m.<br>Courtroom:  5 |
| TRAVEL CENTER ENTERTAINMENT, LLC;, MARTIN SCHNEIDER; SAM BANJEE  and DOES 1- 100, | |
| Defendants. | |

Plaintiff Pelican PELICAN COMMUNICATIONS, INC. dba THE PELICAN

GROUP, ("hereinafter referred to as "PELICAN" or "Plaintiff"), hereby respectfully

requests that this Court reset the CMC currently set for February 26, 2015 to a date

convenient for the court at least 60 days out from the current CMC.  PELICAN also

-1-

requests that the Court enlarge the time to serve remaining defendants by the same 60 days.

Respectfully submitted.

Dated: February 24, 2015

                                            SENN LAW, P.C.

                                            By:___/s/ Kevin J. Senn_____
                                                  KEVIN J. SENN

                                            Attorneys for Plaintiff
                                            PELICAN COMMUNICATIONS INC. dba THE PELICAN GROUP.

```
IT IS SO ORDERED that Plaintiff may have until 4/24/15 to serve the remaining
defendants.  CMC is reset from 2/26/15 to 5/21/15 at 9:30 a.m.  A joint CMC
statement shall be filed by 5/14/15.  Plaintiff to serve this order upon defendants
immediately.
_____
Edward M. Chen
U.S. District Judge
```

