UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PELICAN COMMUNICATIONS, INC., <br> Plaintiff, <br> v. <br> TRAVEL CENTER ENTERTAINMENT, LLC, et al., <br> Defendants. | Case No. 14-cv-04371-EMC <br><br> **ORDER TO SHOW CAUSE** |

Plaintiff in the above-entitled matter failed to appear at the case management conference on November 19, 2015. No appearance was made for defendants.

THE COURT hereby issues an ORDER TO SHOW CAUSE why this case should not be dismissed for failure to serve additional defendants and for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause shall be held on December 10, 2015 at 9:30 a.m. Plaintiff's response to the OSC shall be filed by December 3, 2015. If plaintiff fails to respond or to appear, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 19, 2015

_____
EDWARD M. CHEN
United States District Judge